# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GREGORY TUTTLE, *et al.*,

        Plaintiffs,

v.

NEWREZ LLC d/b/a SHELLPOINT
MORTAGE SERVICING, *et al.*,

        Defendants.

Case No. 1:25-cv-00223-TDS-LPA

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Gregory Tuttle and Sarah Tuttle respectfully appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Memorandum Opinion & Order (Doc. 33) and Judgment (Doc. 34) dated February 23, 2026. Appellate jurisdiction exists over the Memorandum Opinion & Order and Judgment pursuant to 28 U.S.C. § 1291.

Respectfully submitted,

*/s/ Rashad Blossom*
Rashad Blossom (State Bar No. 45621)
Blossom Law PLLC
126 N. McDowell St., 2nd Floor
Charlotte, NC 28204
Telephone: (704) 256-7766
Facsimile: (704) 486-5952
rblossom@blossomlaw.com

Kristi C. Kelly*
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202

Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com

*Attorneys for Plaintiffs*

*\*Specially Appearing*